No. 68077.—Frank P. Dow Co., Inc. *v.* United States, protest 60/13871 (Seattle).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as "Heat Treated Drive Screw Nails,"

consists of nails made from iron or steel wire over sixty-five one-thousandths of an inch in diameter and over an inch in length, the claim of the plaintiff was sustained.